**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Shawn Rhondu SMITHWICK, Defendant—Appellant.**

No. 08–8469.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 13, 2010.

Decided: May 12, 2010.

Shawn Rhondu Smithwick, Appellant Pro Se. Anne Margaret Hayes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before TRAXLER, Chief Judge, and NIEMEYER and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawn Rhondu Smithwick appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we deny Smithwick's motion for appointment of counsel and affirm for the reasons stated by the district court. *United States v. Smithwick,* No. 5:06–cr–00121–F–1 (E.D.N.C. Oct. 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

**AFFIRMED.**